UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Affirmation in Support of Application for Order of Continuance** |
| v. | |
| KHALID NAZZAL | **17 Mag. 8785** |
| *Defendant.* | |

State of New York          )
County of New York        : ss.:
Southern District of New York  )

    Sheb Swett, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

    1.    I am an Assistant United States Attorney in the Office of Joon H. Kim, Acting United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

    2.    The defendant was charged by complaint on November 27, 2017 with violations of Title 18, United States Code, Sections 1349, 1029(b)(2), and 1028A. The defendant was arrested in the Southern District of New York on November 30, 2017, and was presented before Magistrate Judge Debra C. Freeman the same day. The defendant was represented by Zachary Margulis-Ohnuma, Esq., and released on conditions.

    3.    Under the Speedy Trial Act the Government initially had until January 2, 2018 to file an indictment or information. Defense counsel has communicated with the Government regarding a disposition of this case. The Government does not anticipate a resolution before the deadline under the Speedy Trial Act expires on January 2, 2018.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 2 2018

5.     Therefore, the Government is requesting a 30-day continuance until February 1, 2018. On December 21, 2017, I personally communicated with Mr. Margulis-Ohnuma, who consented to this request on his client's behalf.

6.     For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
          December 28, 2017

Sheb Swett
Assistant United States Attorney
(212) 637-6522