# LAW OFFICE OF
# ZACHARY MARGULIS-OHNUMA

February 1, 2018

**Via Fax 212-805-4060**

Hon. Kevin N. Fox
U.S. Magistrate Judge
Southern District of New York
500 Perl Street
New York, NY 10007

    RE: <u>U.S. v. Khalid Nazzal</u>, 17 Mag. 8785

Dear Judge Fox:

   This office represents the defendant, Khalid Nazzal, in the above-captioned case. Mr. Nazzal is presently free on bond, subject to pretrial supervision, and is limited to travel only within the Southern and Eastern Districts of New York. We write the Court to move for a modification of these conditions of bail so that Mr. Nazzal may travel to New Jersey to visit friends and family. Mr. Nazzal has a sister who currently lives in New Jersey and his mother and father routinely visit the state for leisure purposes.

   Pretrial officer Rena Bolin has no objection to this modification, and AUSA Sebastian Swett also advises that the government does not object.

   Thank you for your attention to this case.

*[Handwritten: 2/1/18 Application granted. SO ORDERED. /s/ Kevin Nathaniel Fox]*

KEVIN NATHANIEL FOX, U.S.M.J.

Very truly yours,

*Adam Elewa*

Adam Elewa

CC: AUSA Sebastian Swett (via email)
     Pretrial services Officer Rena Bolin (via email)

260 MADISON AVENUE, 17TH FLOOR • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM

Law Office of Zachary Margulis-Ohnuma
260 Madison Avenue, 18th Floor
New York, NY 10016
Phone: (212) 685-0999
Fax: (212) 685-0922
www.zmolaw.com

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Hon. Kevin N. Fox | **Fax:** | 212-805-4060 |
| **From:** | Adam Elewa, Associate Attorney | **Date:** | 2/1/2018 |
| **Re:** | Modify Conditions of Bail – Mr. Khalid Nazzal and Appearance of Counsel | **Pages: 3** | (including cover sheet) |
| **CC:** | | | |

X Urgent      ☒ For Review •    ☐ Please Comment  •  ☐ Please Reply      ☐ Please Recycle

